IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01937-BNB

MARIO E. VILLABONA-ALVARADO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
H. A. RIOS, JR., Warden,
D. LEE, Correctional Officer,
UNKNOWN DEFENDANT # 1, and
UNKNOWN DEFENDANT #2,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

OCT 29 2007

GREGORY C. LANGHAM
CLERK

_____

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE
_____

Plaintiff Mario E. Villabona-Alvarado is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at FCI Atlanta in Atlanta, Georgia. On September 10, 2007, Plaintiff submitted to the Court a Prisoner Complaint asserting violations of his constitutional rights. Plaintiff seeks money damages. In the Complaint, Mr. Villabona-Alvarado asserts that Defendants violated his Fifth Amendment rights when they opened his legal/special mail, on several occasions, outside of his presence.

With respect to the claims asserted against Defendants H. A. Rios, Jr., and D. Lee, the action will be drawn to a district judge and to a magistrate judge.

As for Defendants United States of America and Federal Bureau of Prisons, Plaintiff may not sue the United States or the BOP for damages in a *Bivens* action. The United States has not waived sovereign immunity for itself or its agencies under *Bivens* for constitutional tort claims. *FDIC v. Meyer*, 510 U.S. 471, 486 (1994); *Chapoose v. Hodel*, 831 F.2d 931, 935 (10th Cir. 1987). Therefore, the damages claims asserted pursuant to *Bivens* against the United States and the BOP are barred by sovereign immunity and must be dismissed because Mr. Villabona-Alvarado seeks monetary relief against defendants that are immune from such relief. Accordingly, it is

ORDERED that Defendants United States of America and Federal Bureau of Prisons are dismissed from the action. It is

FURTHER ORDERED that the Clerk of the Court shall remove Defendants United States of America and Federal Bureau of Prisons from the docketing record as parties to this action. It is

FURTHER ORDERED that the claims asserted against Defendants H. A. Rios, Jr., and D. Lee shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 29 day of Oct , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01937-BNB

Mario E. Villabona-Alvarado
Reg. No. 89696-012
FCI - Atlanta
PO Box 150160
Atlanta, GA 30315

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk