IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01937-MSK-MEH

MARIO E. VILLABONA-ALVARADO,

    Plaintiff,

v.

H.A. RIOS, JR., Warden,
D. LEE, Correctional Officer,
UNKNOWN DEFENDANT #1, and
UNKNOWN DEFENDANT #2,

    Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case.  Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings.  Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 8th day of November, 2007.

                        **BY THE COURT:**

                        *Marcia S. Krieger*
                        _____
                        Marcia S. Krieger
                        United States District Judge