IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01937-MSK-MEH

MARIO E. VILLABONA-ALVARADO,

    Plaintiff,

v.

H.A. RIOS, JR., Warden,
D. LEE, Correctional Officer,
UNKNOWN DEFENDANT #1, and
UNKNOWN DEFENDANT #2,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 14, 2008.**

    Defendants' Unopposed Motion to Stay Discovery [Filed March 12, 2008; Docket #24] is **granted**. All appearing Defendants have raised the defense of qualified immunity in response to Plaintiff's claims and have filed a Motion to Dismiss based on the same defense. The United States Supreme Court has reiterated that, because qualified immunity is not simply immunity from liability but also immunity from suit, discovery cannot proceed until the question of immunity is resolved. *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) ("Until this threshold immunity question is resolved, discovery should not be allowed"). Thus, discovery must be stayed pending the resolution of Defendants' Motion to Dismiss.

    Discovery in this case is hereby stayed, and the Court will reset the discovery deadlines, if necessary, after the resolution of Defendants' Motion to Dismiss.