IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01937-MSK-MEH

MARIO E. VILLABONA-ALVARADO,

 Plaintiff,
v.

H.A. RIOS, JR., Warden,
D. LEE, Correctional Officer,
UNKNOWN DEFENDANT #1, and
UNKNOWN DEFENDANT #2,

 Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 31, 2008.**

 Pursuant to Fed. R. Civ. P. 15(c), Plaintiff's Motion to Amend Amended Complaint [Filed March 27, 2008; Docket #29] is **granted**. Plaintiff shall submit a Second Amended Complaint containing all allegations and claims in document, which will serve as the operative complaint in this case. Plaintiff's Second Amended Complaint is to be submitted on or before **April 11, 2008**.