IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01937-MSK-MEH

MARIO E. VILLABONA-ALVARADO,

    Plaintiff,

v.

H.A. RIOS, Warden,
J.C. ZUERCHER, Deputy Warden,
D. LEE, Correctional Officer,
UNKNOWN DEFENDANT #1, and
UNKNOWN DEFENDANT #2,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

**THIS MATTER** comes before the Court upon its Order Granting Motion to Dismiss and Leave to Amend entered March 18, 2009 **(#44)**. In that Order, the Court dismissed all claims against Defendants Rios, Zuercher and Lee, but stayed dismissal for 20 days (until April 7, 2009) to allow Plaintiff Mario E. Villabona-Alvarado to file an Amended Complaint. Because Mr. Villabona-Alvarado is incarcerated in Atlanta, Georgia, the Court has waited an additional 20 days for receipt of an Amended Complaint, but none has been filed.

**IT IS THEREFORE ORDERED** that all claims against Defendants Rios, Zuercher and Lee are dismissed with prejudice. The remaining claims asserted against unidentified

defendants[1], are dismissed without prejudice. The Clerk shall close this case.

Dated this 27th day of April, 2009

                                                    **BY THE COURT:**

*Marcia S. Krieger (signature)*

                                                    Marcia S. Krieger
                                                    United States District Judge

---

[1] Mr. Villabona-Alvarado filed his Second Amended Complaint **(#34)** over one year ago, on April 18, 2008, and has since failed to identify and serve the unknown defendants.

defendants[1], are dismissed without prejudice. The Clerk shall close this case.

Dated this 27th day of April, 2009

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

---

[1] Mr. Villabona-Alvarado filed his Second Amended Complaint **(#34)** over one year ago, on April 18, 2008, and has since failed to identify and serve the unknown defendants.